# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Trusted Knight Corporation     v.     IBM and Trusteer, Inc.

No. 16-1510

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Trusted Knight Corporation

Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Paul R. Gupta |
| Law Firm: | Reed Smith LLP |
| Address: | 599 Lexington Avenue, 22nd Floor |
| City, State and Zip: | New York, NY 10022 |
| Telephone: | (212) 521-5400 |
| Fax #: | (212) 521-5450 |
| E-mail address: | pgupta@reedsmith.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 24, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date February 4, 2016          Signature of pro se or counsel /s/ Paul R. Gupta

cc: _____

Reset Fields

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 4th day of February, 2016, I electronically filed the foregoing Entry of Appearance with the Clerk of the United States Court of Appeals for the Federal Circuit using CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

*/s/ Paul R. Gupta*
Paul R. Gupta